# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED U.S. DISTRICT COURT SAVANNAH DIV.
2011 JUL -7 AM 9: 06
CLERK____
SO. DIST. OF GA.

| | | |
|---|---|---|
| ROYLAND KICKLIGHTER, | ) | |
| Movant, | ) | |
| v. | ) | Case No. CV611-062 |
| | ) | CR605-034 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 7th day of July, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA