UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROYLAND KICKLIGHTER,

Movant,

v.          6:11-cv-62
            6:05-cr-34

UNITED STATES OF AMERICA,

Respondent.

## ORDER

On June 9, 2011, the Magistrate Judge recommended that this Court dismiss Kicklighter's 28 U.S.C. § 2255 motion. *See* Doc. 2 (Report and Recommendation ("R&R")) (Document references refer to 6:11-cv-62). The Magistrate Judge granted Kicklighter an extension of time to file his objections on or before July 7, 2011. *See* Doc. 5. As no objections arrived on that date, the Court adopted the R&R on July 7, 2011 and dismissed Kicklighter's motion. *See* Docs. 6, 7.

Kicklighter's objections to the R&R arrived to the Court on July 11, 2011. *See* Doc. 8. But under the prisoner mailbox rule, they were timely filed when he delivered them to authorities for mailing on July 5, 2011. *See Houston v. Lack*, 487 U.S. 266, 270 (1988).

On July 15, 2011, Kicklighter filed a motion for reconsideration requesting that the Court review his timely filed objections. *See* Doc. 9. Before the Court could rule, however, Kicklighter appealed the same dismissal to the Eleventh Circuit. *See* Doc. 15.

Kicklighter's appeal divests this Court of jurisdiction to decide his motion for reconsideration. *See United States v. Reed*, 404 F. App'x 464, 465 (11th Cir. 2010). "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Kicklighter's motion asks this Court to review his objections to the R&R. *See* Doc. 9. While his notice of appeal does not cite any grounds for overturning the Court's dismissal, *see* Doc. 10, presumably Kicklighter's appeal will be based on the same arguments he makes in his objections.

Thus, Kicklighter's motion for reconsideration, *see* Doc. 9, is ***DISMISSED***.

This 18th day of July 2011.

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA