IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 605-34 |
| | ) | CV 607-43 |
| ROYLAND KICKLIGHTER | ) | |

ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Clerk is DIRECTED to open a new civil case file and duplicate into it Kicklighter's latest motion to compel, doc. 105, as a "Motion for 28 U.S.C. § 2255 Relief." The Clerk shall then designate the § 2255 motion as DISMISSED as successive and close that case.

So ORDERED, this 21st day of April, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA