FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 28 PM 4: 03
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 605-034-1 |
| | * | |
| ROYLAND "ROY" KICKLIGHTER | * | |

## ORDER

In the captioned criminal matter, Defendant has filed a motion for reconsideration of a prior order denying a sentence reduction under 18 U.S.C. § 3582(c)(2). In particular, Defendant asks for reconsideration of an Order dated October 9, 2015, which concluded that Amendment 782 to the United States Sentencing Guidelines affords him no relief because he was sentenced as a career offender under U.S.S.G. § 4B1.1(b)(2).

In his motion for reconsideration, Defendant contends that his offense level was determined by reference to the Drug Quantity Table of U.S.S.G. § 2D1.1(c) and not as a career offender. In actuality, at the time of original sentencing, the underlying drug offense level yielded the same base

offense level of 32 as the career offender status.[1] While reference to the amended Drug Quantity Table would now reduce Defendant's underlying drug offense level, Defendant's career offender level of 32 remains unchanged and is controlling. For these reasons, Amendment 782 does not affect Defendant's offense level or advisory guidelines.

Upon the foregoing, Defendant's motion for reconsideration of the denial of his 18 U.S.C. § 3582(c)(2) motion (doc. no. 127) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2015.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's contention that his career offender guideline was 29 is true only after the offense level is adjusted for acceptance or responsibility.

2