PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By CAsbell at 11:17 am, Apr 06, 2020

UNITED STATES OF AMERICA

v.   Crim. No.   6:05CR00034-1

Royland "Roy" Kicklighter

On December 10, 2018, the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Wright E. White
~~United States~~ Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __6__ day of April, 2020.

Lisa Godbey Wood
United States District Judge